1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   BETTY HANSEN,                                    1:08-cv-1697 WMW (HC)

12                         Petitioner,
                                                      ORDER AUTHORIZING
13            vs.                                     IN FORMA PAUPERIS STATUS

14   TINA HORNBEAK,

15                         Respondent.
                                                    /
16

17          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.  The petition will be screened in due course.

20

21   IT IS SO ORDERED.

22   **Dated:    December 9, 2008**              **/s/  William M. Wunderlich**
                                                 UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28