UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY HANSEN, | 1:08-cv-01697-LJO-JMD  (HC) |
|     Petitioner, | |
| vs. | ORDER DISREGARDING MOTION FOR APPOINTMENT OF COUNSEL [Doc. 29] |
| TINA HORNBEAK, | |
|     Respondent. | |

    Petitioner has requested the appointment of counsel. (Court Doc. 29).

    The caption of the motion reveals that the motion is directed towards the United States Court of Appeals for the Ninth Circuit and not the district court.  Thus, the Court finds that motion for the appointment of counsel is proper before Ninth Circuit and not this Court.

    Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel is DISREGARDED.

IT IS SO ORDERED.

**Dated:   March 16, 2010**            **/s/ John M. Dixon**
UNITED STATES MAGISTRATE JUDGE